UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STERLING SAVINGS BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY BANKCORPORATION, et al.,<br><br>    Defendant. | NO. CV-11-0224-JLQ<br><br>**ORDER GRANTING MOTION TO DISMISS STERLING SAVINGS' CLAIMS AGAINST DEFENDANTS CAPELOTO, YORK AND KENNELLY** |
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>    Intervenor-Plaintiff,<br><br>vs.<br><br>MICHAEL C. WORTHY, et al.,<br><br>    Intervenor-Defendants. | |

    BEFORE THE COURT is the Motion of Plaintiff Sterling Savings Bank to Dismiss (ECF No. 59) its claims (in its Second Amended Complaint) against Defendants Kim Capeloto, Karen York, and David Kennelly with prejudice and without the award of costs. These parties stipulate to the dismissal. ECF No. 60.

    Pursuant to the stated agreement of the parties, the Motion to Dismiss (ECF No. 59) is **GRANTED** and there being no just reason for delay, the Clerk of the Court shall enter final judgment pursuant to Fed.R.Civ.P 54(b) dismissing the claims asserted in Sterling Savings' Second Amended Complaint (ECF No. 1) against Defendants Capeloto, York and Kennelly, with prejudice and without costs to any party.

ORDER - 1

1

2   As no other claims remain as to Defendants York and Capeloto, these Defendants may be terminated as parties.

3
4   Defendant Kennelly remains a party to the suit pursuant to the FDIC's Intervenor Complaint.

5
6   IT IS SO ORDERED. The Clerk of this court shall enter this Order, enter judgment in accordance herewith, and forward copies to counsel for all parties.

7   Dated November 22, 2011.

8                           s/ Justin L. Quackenbush
                       JUSTIN L. QUACKENBUSH
9               SENIOR UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2