AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

STERLING SAVINGS BANK,

        Plaintiff,

        v.

CLARK COUNTY BANKCORPORATION, et al.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-0224-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, final judgment is entered pursuant to Fed.R.Civ.P 54(b) dismissing the claims asserted in Sterling Savings' Second Amended Complaint (ECF No. 1) against Defendants Clark County Bancorporation, Worthy, Adelman, Bishop, Cook, Creedon, Koplan, Miller, Prill, Walker, and White, and the counterclaims of these Defendants asserted in their Answer (ECF No. 91) against Sterling Savings Bank, with prejudice and without fees or costs to any party.

December 7, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen